**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ROBERT LEE MOORE, III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-16-D |
| | ) | |
| JOHN MASQUELIER, warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is Petitioner's Application to Proceed *In Forma Pauperis* [Doc. No. 3]. The assigned magistrate judge issued a Report and Recommendation [Doc. No. 6], recommending that Petitioner's IFP application be denied. Thereafter, Petitioner paid the filing fee in full [Doc. No. 7]. Accordingly, the Court **DENIES AS MOOT** Petitioner's Application for Leave to Proceed *In Forma Pauperis* [Doc. No. 3].

**IT IS SO ORDERED** this 23rd day of March, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

1